# Court of Appeals
# of the State of Georgia

ATLANTA, __September 16, 2025__

*The Court of Appeals hereby passes the following order:*

## A26A0182. ANA JANE IVACOVE v. DENNIS IVAKHOV.

The trial court issued a final judgment and decree of divorce between Dennis Ivakhov and Ana Jane Ivacove. Ivacove then filed this direct appeal. We lack jurisdiction over this direct appeal because "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b); see also *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__09/16/2025__

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*